UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA MOORE,<br><br>    Appellant,<br><br>    v.<br><br>DEVIN DERHAM-BURK, CHAPTER 13 TRUSTEE,<br><br>    Respondent. | Case No. 5:18-cv-01884-EJD<br><br>**ORDER TO SHOW CAUSE** |

The bankruptcy court dismissed debtor Teresa Jean Moore's bankruptcy case, Case No. 16-53510 SLJ, on December 1, 2017. ECF 181. On March 7, 2018, the bankruptcy court issued an Order Discharging Chapter 13 Trustee After Case Dismissal And Final Decree ("Order"). ECF 205. On March 27, 2018, Appellant filed the instant action to appeal the bankruptcy court's Order. To date, Appellant has not perfected the appeal as required by Fed.R.Bankr.P. 8009(a)(1)(A) and (a)(1)(B)(i).

Appellant is ordered to show cause why this action should not be dismissed for failure to prosecute. Appellant has until May 7, 2018 to file a written response to this Order to Show Cause. If Appellant does not demonstrate good cause in writing why this appeal should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and/or Federal Rules of Bankruptcy Procedure 8003(a)(2) and 8009(g). No hearing will be held on this Order to Show Cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: April 16, 2018

                                EDWARD J. DAVILA
                                United States District Judge

Case No.: 5:18-cv-01884-EJD
ORDER TO SHOW CAUSE

1